United States Bankruptcy Court

Central District of California

In re:                                                                                                          Case No. 20-10357-NB

Reijo Kustaa Myllyla                                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                             User: admin                                                Page 1 of 3
Date Rcvd: Oct 13, 2021                    Form ID: pdf042                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

**Recip ID           Recipient Name and Address**
db              + Reijo Kustaa Myllyla, 1545 Cambria Street, Los Angeles, CA 90017-4306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

**Name**                          **Email Address**
Arvind Nath Rawal
    on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LP arawal@aisinfo.com

Byron Z Moldo
    on behalf of Defendant Reijo Kustaa Myllyla bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com

Byron Z Moldo
    on behalf of Debtor Reijo Kustaa Myllyla bmoldo@ecjlaw.com amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com

Dare Law
    on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov

David W. Meadows
    on behalf of Mediator Mediator david@davidwmeadowslaw.com

James A Judge
    on behalf of Plaintiff Levi A. Anonuevo james@thejudgefirm.com mary@thejudgefirm.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: pdf042 | Total Noticed: 1 |

James A Judge
    on behalf of Plaintiff Gilbert Martinez james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Jose Chuc james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Teresa DeJesus Ramos james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff William Garcia james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Ofelia Argaez de Chuc james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Carlos Canales james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Froilan Hernandez Lorenzo james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Arturo Avila james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Roberto Melendez james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Defendant Reijo Kustaa Myllyla james@thejudgefirm.com mary@thejudgefirm.com

James A Judge
    on behalf of Plaintiff Barbee Ann Arocho james@thejudgefirm.com mary@thejudgefirm.com

Jivko Tchakarov
    on behalf of Plaintiff Gilbert Martinez jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Roberto Melendez jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Defendant Reijo Kustaa Myllyla jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Froilan Hernandez Lorenzo jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Levi A. Anonuevo jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Ofelia Argaez de Chuc jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff William Garcia jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Teresa DeJesus Ramos jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Jose Chuc jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Arturo Avila jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Barbee Ann Arocho jtchakarov@mrllp.com kreynolds@mrllp.com

Jivko Tchakarov
    on behalf of Plaintiff Carlos Canales jtchakarov@mrllp.com kreynolds@mrllp.com

Ketan G Sawarkar
    on behalf of Creditor BMW Bank of North America c/o AIS Portfolio Services, LP ketan.sawarkar@aisinfo.com

Marjorie M Johnson
    on behalf of Creditor BMW Bank of North America mmjesq@yahoo.com ca.ecf@aislegaltrac.com

Theron S Covey
    on behalf of Creditor HSBC Bank USA theronscovey@hotmail.com sferry@raslg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

District/off: 0973-2                         User: admin                                    Page 3 of 3
Date Rcvd: Oct 13, 2021                      Form ID: pdf042                          Total Noticed: 1
TOTAL: 34

Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Reijo Kustaa Myllyla,
Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**OCT 13 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

REIJO KUSTAA MYLLYLA,

    Debtor.

Case No. 2:20-bk-10357-NB

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE**

[No Hearing Required]

    The Motion of Reijo Kustaa Myllyla, Chapter 11 Debtor and Debtor in Possession (the "Debtor") for Order Dismissing Bankruptcy Case; Memorandum of Points and Authorities; Declaration of Reijo Kustaa Myllyla in Support Thereof (dkt. 87, "Motion"), having been filed and served pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o); no opposition to the granting of the Motion having been filed; no requests for hearing having been made; and the Court having read and considered the Motion, and finding good cause for the required relief;

    IT IS HEREBY ORDERED AS FOLLOWS:

    1.    The Motion is granted.

16997.1:10277034.2

ORDER GRANTING DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE

2. The Debtor's bankruptcy case is dismissed.

3. Any discharge entered in this case is vacated.

4. Notwithstanding the dismissal of this case, this Court retains jurisdiction to the extent provided by LBR 1017-2(f).

5. Nothing in this dismissal order should be construed as mooting any motions that seek *in rem* or retroactive relief from the automatic stay. Without further notice, and with or without any written order, this Court may determine that any other pending or future motion or adversary proceeding is or is not mooted by the dismissal of this case. *See In re Carraher*, 971 F.2d 327, 328 (9th Cir. 1992); *In re Casamont Investors, Ltd.*, 196 B.R. 517, 522-26 (9th Cir. BAP 1996).

###

Date: October 13, 2021

Neil W. Bason
United States Bankruptcy Judge

16997.1:10277034.2

2

ORDER GRANTING DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE